IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL A. LUNA, | ) | |
|     Plaintiff, | ) | Civil Action No. 18-147Erie |
| | ) | |
| v. | ) | District Judge Conti |
| | ) | |
| JUDGE CARNEY, et al, | ) | Magistrate Judge Baxter |
|     Defendant. | ) | |

**ORDER**

AND NOW, this 21st day of August, 2018:

IT IS HEREBY ORDERED that Plaintiff's motion to amend [ECF No. 6] is dismissed as futile.

IT IS FURTHER ORDERED that this action is dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e). The Clerk of Court is directed to close this case. The Report and Recommendation of Magistrate Judge Susan Paradise Baxter, issued June 25, 2018, is hereby adopted as the opinion of this Court.

                                                    /s/ Joy Flowers Conti
                                                    JOY FLOWERS CONTI
                                                    United States District Judge

cc:    MICHAEL A. LUNA
       21841
       Erie County Prison
       1618 Ash Street
       Erie, PA 16503